USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :          19-CR-135 (VEC)
            -against-                        :
                                             :              ORDER
                                             :
ORLANDO PERALTA,                             :
                                             :
                          Defendant.         :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 14, 2020, the Government filed on the docket its response to Defendant's motion for compassionate release, indicating it had sent its response by mail to Defendant at USP Canaan (Dkt. 28); and

WHEREAS on September 15, 2020, the Court received a letter from Defendant Orlando Peralta informing the Court that he had not yet received the Government's response (Dkt. 29);

IT IS HEREBY ORDERED that the Clerk of Court is respectfully requested to mail a copy of the Government's response at Dkt. 28 to Mr. Peralta at the two following addresses:

Orlando Peralta, Reg. 86222-054, USP Canaan, P.O. Box 300, Waymart, PA 18472;

Orlando Peralta, Reg. 86222-054, USP Canaan, U.S. Penitentiary, Smart Communications, P.O. Box 30, Pinellas Park, FL 33781.

IT IS FURTHER ORDERED that Mr. Peralta may reply not later than four weeks from receiving the Government's response.


**SO ORDERED.**

Date:  **September 17, 2020**                    _____
       **New York, New York**                        **VALERIE CAPRONI**
                                                  **United States District Judge**