USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-                                          19-CR-135 (VEC)

ORLANDO PERALTA,                                ORDER

                         Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 12, 2020, the Court denied Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c);

       WHEREAS the Government filed Defendant's Bureau of Prisons disciplinary records under seal; and

       WHEREAS court filings enjoy a presumption of public access under the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006);

       IT IS HEREBY ORDERED that the Government must show cause no later than **November 20, 2020**, why the Court should not unseal Defendant's disciplinary records.

       The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Peralta at the following two addresses:

       Orlando Peralta, Reg. 86222-054, USP Canaan, P.O. Box 300, Waymart, PA 18472; and

       Orlando Peralta, Reg. 86222-054, USP Canaan, U.S. Penitentiary, Smart Communications, P.O. Box 30, Pinellas Park, FL 33781.

**SO ORDERED.**

Date:  November 12, 2020                                _____
        New York, NY                                      **VALERIE CAPRONI**
                                                                **United States District Judge**